## No. 12,724.

CHAMPION ET UX. *v.* PETERSON.
(294 Pac. 1119)

Decided December 1, 1930.  Rehearing denied January 12, 1931.

Judgment affirmed en banc, on application for supersedeas, without written opinion.  Mr. Justice Campbell not participating.

Mr. C. COOPER YOUNG, for plaintiffs in error.

Mr. FRED A. HARRISON, Mr. C. LA VERGNE HARRISON, for defendant in error.